## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION – DETROIT

**IN THE MATTER OF:**

Eastlake Investments, LLC

                      Debtor.

Bankruptcy Case No. 19-42309
Honorable Thomas J. Tucker
Chapter 7

## STIPULATION FOR ENTRY OF ORDER RESOLVING MOTION TO COMPEL AND FOR SANCTIONS AGAINST THE GROULX PARTIES

NOW COMES Chapter 7 Trustee, Fred J. Dery, (the "Trustee"), Long Lake Realty Group, LLC, Law Office of Dean J. Groulx, PC, Dean J. Groulx, and Wendy A. Grimaldi-Groulx (collectively, the "Groulx Parties"), each by and through their undersigned counsel who do hereby stipulate to the entry of the attached order.

Approved as to form and content.

| STEVENSON & BULLOCK, P.L.C. | FRANK & FRANK, PLLC |
|---|---|
| By: /s/ Elliot G. Crowder | By: /s/ Jerome D. Frank |
| Elliot G. Crowder (P76137) | Jerome D. Frank (P13634) |
| Counsel for Trustee | Counsel for Groulx Parties |
| 26100 American Drive, Suite 500 | 30833 Northwestern Highway, Suite 205 |
| Southfield, MI 48034 | Farmington Hills, MI 48334 |
| Phone: (248) 354-7906 | Phone: (248) 932-1440 |
| Facsimile: (248) 354-7907 | Facsimile: (248) 932-1443 |
| Email: ecrowder@sbplclaw.com | Email: jfrank@frankfirm.com |
| Dated: September 27, 2019 | Dated: October 7, 2019 |

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION – DETROIT

**IN THE MATTER OF:**

Eastlake Investments, LLC

Debtor.

Bankruptcy Case No. 19-42309
Honorable Thomas J. Tucker
Chapter 7

## ORDER RESOLVING MOTION TO COMPEL AND FOR SANCTIONS
## AGAINST THE GROULX PARTIES

THIS MATTER having come before this Honorable Court upon the stipulation of the parties;

NOW THEREFORE;

IT IS HEREBY ORDERED that the entry of this Order is without prejudice to the Trustee's right to bring any further request for relief regarding the *Order Granting, with Modifications, Motion for Examination and Production of Documents by Long Lake Realty Group, LLC Under Federal Rule of Bankruptcy Procedure 2004, Order Granting, with Modifications, Motion for Examination and Production of Documents by Law Office of Dean J. Groulx, PC Under Federal Rule of Bankruptcy Procedure 2004,* and *Order Granting, with Modifications, Motion for Examination and Production of Documents by Dean J. Groulx and Wendy A. Grimaldi-Groulx Under Federal Rule of Bankruptcy Procedure 2004* [Docket Nos. 172-174] (collectively, the "2004 Exam Orders"), all of which remain in full force and effect unless expressly modified herein.

IT IS FURTHER ORDERED that the Groulx Parties shall each file written responses to the written responses to the 2004 Exam Orders on or before October 9, 2019.

IT IS FURTHER ORDERED that Long Lake Realty Group, LLC and the Law Office of Dean J. Groulx, PC have each designated Dean J. Groulx as their respective authorized representative to appear for an examination, and give oral testimony under oath, to be conducted on behalf of the Chapter 7 Trustee and any other party in interest pursuant to Federal Rule of Bankruptcy Procedure 2004 at the offices of Stevenson & Bullock, P.L.C., 26100 American Drive, Suite 500, Southfield, MI 48034 on **October 24, 2019 at 11:00 AM.** The examination of Dean J. Groulx, individually, shall take place at the same date and time. Dean J. Groulx shall remain until such examination is completed, unless adjourned by written agreement.

IT IS FURTHER ORDERED that Wendy A. Grimaldi-Groulx shall appear for an examination, and give oral testimony under oath, to be conducted on behalf of the Chapter 7 Trustee pursuant to Federal Rule of Bankruptcy Procedure 2004 at the offices of Stevenson & Bullock, P.L.C., 26100 American Drive, Suite 500, Southfield, MI 48034 on **October 24, 2019 at 10:00 AM** and shall remain until such examination is completed, unless adjourned by written agreement.