UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

IN THE MATTER OF:

Eastlake Investments, LLC

Debtor.

Case No. 19-42309
Judge Thomas J. Tucker
Chapter 7

**ORDER RESOLVING MOTION TO COMPEL AND FOR SANCTIONS AGAINST THE GROULX PARTIES (DOCKET # 226)**

Based on the stipulation filed October 7, 2019 (Docket # 340),

IT IS ORDERED that the entry of this Order is without prejudice to the Trustee's right to bring any further request for relief regarding the *Order Granting, with Modifications, Motion for Examination and Production of Documents by Long Lake Realty Group, LLC Under Federal Rule of Bankruptcy Procedure 2004, Order Granting, with Modifications, Motion for Examination and Production of Documents by Law Office of Dean J. Groulx, PC Under Federal Rule of Bankruptcy Procedure 2004,* and *Order Granting, with Modifications, Motion for Examination and Production of Documents by Dean J. Groulx and Wendy A. Grimaldi-Groulx Under Federal Rule of Bankruptcy Procedure 2004* (Docket ## 172-174) (collectively, the "2004 Exam Orders"), all of which remain in full force and effect unless expressly modified herein.

IT IS FURTHER ORDERED that the Groulx Parties must each file written responses to the 2004 Exam Orders on or before October 9, 2019.

IT IS FURTHER ORDERED that Long Lake Realty Group, LLC and the Law Office of Dean J. Groulx, PC have each designated Dean J. Groulx as their respective authorized representative to appear for an examination, and give oral testimony under oath, to be conducted on behalf of the Chapter 7 Trustee and any other party in interest pursuant to Federal Rule of Bankruptcy Procedure 2004 at the offices of Stevenson & Bullock, P.L.C., 26100 American Drive, Suite 500, Southfield, MI 48034 on **October 24, 2019 at 11:00 a.m.** The examination of Dean J. Groulx, individually, will take place at the same date and time. Dean J. Groulx must remain until such examination is completed, unless adjourned by written agreement.

IT IS FURTHER ORDERED that Wendy A. Grimaldi-Groulx must appear for an examination, and give oral testimony under oath, to be conducted on behalf of the Chapter 7 Trustee pursuant to Federal Rule of Bankruptcy Procedure 2004 at the offices of Stevenson & Bullock, P.L.C., 26100 American Drive, Suite 500, Southfield, MI 48034 on **October 24, 2019 at 10:00 a.m.** and must remain until such examination is completed, unless adjourned by written agreement.

**Signed on October 07, 2019**



/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge