UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN – SOUTHERN DIVISION

In re:
**Eastlake Investments, LLC**　　　　　　　　　　Case No. 19-42309
　　　　Debtor.　　　　　　　　　　　　　　　　Chapter 7
　　　　　　　　　　　　　　　　　　　　　　　　Hon. Thomas J. Tucker
_____/

**NOTICE OF WITHDRAWAL OF OBJECTION TO TRUSTEE'S APPLICATION FOR ALLOWANCE OF INTERIM COMPENSATION TO TRUSTEE**

NOW COME Johni Semma, Dean J. Groulx, Wendi A. Grimaldi-Groulx, Law Office of Dean J. Groulx, PC, and Long Lake Realty Group, LLC, ("Respondents") who hereby withdraw their Objection to Trustee's Application for Allowance of Interim Compensation to Trustee (Docket No. 356) without prejudice.

　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　By: /s/Jerome D. Frank
　　　　　　　　　　　　　　　　　Jerome D. Frank (P13634)
　　　　　　　　　　　　　　　　　Matthew W. Frank (P66028)
　　　　　　　　　　　　　　　　　Frank & Frank, PLLC
　　　　　　　　　　　　　　　　　30833 Northwestern Highway, Suite 205
　　　　　　　　　　　　　　　　　Farmington Hills, MI 48334
　　　　　　　　　　　　　　　　　(248) 932-1440
　　　　　　　　　　　　　　　　　jfrank@frankfirm.com
　　　　　　　　　　　　　　　　　mfrank@frankfirm.com
November 7, 2019