# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

| In re: | § | Case No. 19-42309-TJT |
|---|---|---|
| Eastlake Investments LLC | § § § § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Frederick J. Dery, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $0.00 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $953,249.08 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $647,896.52 | | |

3) Total gross receipts of $1,601,145.60 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $1,601,145.60 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $343,609.54 | $750,000.00 | $250,000.00 | $250,000.00 |
| Priority Claims: | | | | |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $647,896.52 | $647,896.52 | $647,896.52 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $46,868.85 | $1,802,404.99 | $703,404.99 | $703,249.08 |
| **Total Disbursements** | $390,478.39 | $3,200,301.51 | $1,601,301.51 | $1,601,145.60 |

4). This case was originally filed under chapter 11 on 02/19/2019. The case was converted to one under Chapter 7 on 05/08/2019. The case was pending for 21 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/04/2021         By: /s/ Frederick J. Dery
                                    Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Funds Held By Brett A. Border | 1129-000 | $1,563,251.24 |
| Chase Bank Account | 1229-000 | $37,894.36 |
| **TOTAL GROSS RECEIPTS** | | $1,601,145.60 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**
NONE

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Citizens Bank, N.A. | 4110-000 | $0.00 | $250,000.00 | $250,000.00 | $250,000.00 |
| 10 | Citizens Bank, N.A. | 4110-000 | $0.00 | $250,000.00 | $0.00 | $0.00 |
| 11 | Citizens Bank, N.A. | 4110-000 | $0.00 | $250,000.00 | $0.00 | $0.00 |
| | FIRST STATE BANK | 4110-000 | $343,609.54 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $343,609.54 | $750,000.00 | $250,000.00 | $250,000.00 |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Claim Amount, Trustee | 2100-000 | NA | $71,284.37 | $71,284.37 | $71,284.37 |
| Claim Amount, Trustee | 2200-000 | NA | $14.00 | $14.00 | $14.00 |
| Insuarance Partners Agency, Inc. | 2300-000 | NA | $492.77 | $492.77 | $492.77 |
| Insurance Partners - Solon | 2300-000 | NA | $150.00 | $150.00 | $150.00 |
| Insurance Partners Agency, Inc. | 2300-000 | NA | $150.00 | $150.00 | $150.00 |
| Pinnacle Bank | 2600-000 | NA | $3,756.33 | $3,756.33 | $3,756.33 |
| U.S. Bankruptcy Court | 2700-000 | NA | $350.00 | $350.00 | $350.00 |
| Chris Felts | 2990-000 | NA | $3,973.50 | $3,973.50 | $3,973.50 |

| | | | | | |
|---|---|---|---|---|---|
| Gold Lange and Majoros PC IOLTA Account | 2990-000 | NA | $200,000.00 | $200,000.00 | $200,000.00 |
| Hanson/Renaissance Reporting & Video | 2990-000 | NA | $823.50 | $823.50 | $823.50 |
| Lois Garrett | 2990-000 | NA | $318.75 | $318.75 | $318.75 |
| Lois Garrrett | 2990-000 | NA | $310.25 | $310.25 | $310.25 |
| Modern Court reporting | 2990-000 | NA | $170.00 | $170.00 | $170.00 |
| Modern Court Reporting and Video, LLC | 2990-000 | NA | $607.75 | $607.75 | $607.75 |
| Office of the United States Trustee | 2990-000 | NA | $54,270.00 | $54,270.00 | $54,270.00 |
| Scott Wolfson | 2990-000 | NA | $4,200.00 | $4,200.00 | $4,200.00 |
| Speckin Forensics, LLC | 2990-000 | NA | $1,500.00 | $1,500.00 | $1,500.00 |
| U.S. Legal Support | 2990-000 | NA | $781.44 | $781.44 | $781.44 |
| US Legal Support | 2990-000 | NA | $303.57 | $303.57 | $303.57 |
| Wolfson Bolton, PLC | 2990-000 | NA | $200.00 | $200.00 | $200.00 |
| Stevenson & Bullock Fees, Attorney for Trustee | 3210-000 | NA | $279,031.00 | $279,031.00 | $279,031.00 |
| Stevenson & Bullock Expenses, Attorney for Trustee | 3220-000 | NA | $2,050.99 | $2,050.99 | $2,050.99 |
| Lesnevich & Detwiler, Consultant for Trustee | 3731-000 | NA | $1,600.00 | $1,600.00 | $1,600.00 |
| LESNEVICH & DETWILER Fee, Consultant for Trustee | 3731-000 | NA | $15,400.00 | $15,400.00 | $15,400.00 |
| Riley, Welch, LaPorte & Associates Forensic laboratories, Consultant for Trustee | 3731-000 | NA | $5,250.00 | $5,250.00 | $5,250.00 |
| LESNEVICH & DETWILER Expense, Consultant for Trustee | 3732-000 | NA | $908.30 | $908.30 | $908.30 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $647,896.52 | $647,896.52 | $647,896.52 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE


**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**
NONE


**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Schafer and Weiner, PLLC | 7100-000 | $0.00 | $5,197.00 | $5,197.00 | $5,197.00 |
| 1A | Schafer and Weiner, PLLC | 7300-000 | $0.00 | $186.26 | $186.26 | $186.26 |
| 2 | Long Lake Realty Group, LLC | 7100-000 | $0.00 | $399,000.00 | $0.00 | $0.00 |
| 3A | Citizens Bank, N.A. | 7300-000 | $0.00 | $8,959.93 | $8,959.93 | $8,959.93 |
| 4 | E and L Construction Company | 7100-000 | $0.00 | $400,000.00 | $0.00 | $0.00 |
| 5 | OP Investment Group LLC | 7100-000 | $0.00 | $300,000.00 | $0.00 | $0.00 |
| 6 | Maher Restoration Inc. | 7100-000 | $20,868.85 | $37,765.75 | $37,765.75 | $37,765.75 |
| 8 | First State Bank | 7100-000 | $0.00 | $2,832.50 | $2,832.50 | $2,832.50 |
| 8A | First State Bank | 7300-000 | $0.00 | $101.52 | $101.52 | $101.52 |
| 9 | Interest Holder Johni Semma | 7200-000 | $0.00 | $631,331.53 | $631,331.53 | $631,175.62 |
| 12 | The Bankruptcy Estate of Brett A. Border | 7200-000 | $0.00 | $17,030.50 | $17,030.50 | $17,030.50 |
|  | DEAN GROULX | 7100-000 | $26,000.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $46,868.85 | $1,802,404.99 | $703,404.99 | $703,249.08 |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No.: | 19-42309-TJT | Trustee Name: | Frederick J. Dery |
|---|---|---|---|
| Case Name: | EASTLAKE INVESTMENTS LLC | Date Filed (f) or Converted (c): | 05/08/2019 (c) |
| For the Period Ending: | 2/4/2021 | §341(a) Meeting Date: | 06/12/2019 |
| | | Claims Bar Date: | 08/19/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1  Funds Held By Brett A. Border | $1,563,251.24 | $1,563,251.24 | | $1,563,251.24 | FA |
| 2  Chase Bank Account  (u) | $0.00 | $35,000.00 | | $37,894.36 | FA |
| 3  Unauthorized payment made to Long Lake Realty | $0.00 | $399,000.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**  **Gross Value of Remaining Assets**

$1,563,251.24   $1,997,251.24   $1,601,145.60   $0.00

**Major Activities affecting case closing:**

| | |
|---|---|
| 09/30/2020 | TRUSTEE WILL BE SUBMITTING HIS FINAL REPORT |
| 03/31/2020 | THE TRUSTEE IS INVESTIGATING AN UNAUTHORIXED PAYMENT MADE BY THE DEBTOR FROM PROCEEDS FROM A SALE OF PROPERTY |
| 09/30/2019 | THE TRUSTEE IS INVESTIGATING AN UNAUTHORIXED PAYMENT MADE BY THE DEBTOR FROM PROCEEDS FROM A SALE OF PROPERTY |

**Initial Projected Date Of Final Report (TFR):**   12/30/2020         /s/ FREDERICK J. DERY
**Current Projected Date Of Final Report (TFR):**   11/30/2020         FREDERICK J. DERY

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 19-42309-TJT | | Trustee Name: | Frederick J. Dery |
|---|---|---|---|---|
| Case Name: | EASTLAKE INVESTMENTS LLC | | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***5107 | | Checking Acct #: | ******0076 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 2/19/2019 | | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 2/4/2021 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/09/2019 | (1) | Law Offices of Brett A. Border PLLC Lawyers | Funds Collected P/O 5/8/19 | 1129-000 | $1,563,251.24 | | $1,563,251.24 |
| 05/28/2019 | 3001 | Insurance Partners - Solon | Bond Payment Invoice #755161 Policy #9848400 | 2300-000 | | $150.00 | $1,563,101.24 |
| 07/16/2019 | 3002 | Modern Court Reporting and Video, LLC | Payment For Transcript | 2990-000 | | $345.00 | $1,562,756.24 |
| 07/19/2019 | 3003 | Modern Court Reporting and Video, LLC | Payment For Transcript | 2990-000 | | $262.75 | $1,562,493.49 |
| 09/04/2019 | (2) | Chase Bank | Collection of Funds in a Chase Bank Account | 1229-000 | $37,894.36 | | $1,600,387.85 |
| 10/28/2019 | 3004 | Stevenson & Bullock | Attorney For Trustee Fees & Expenses P/O 10/28/19 | * | | $98,821.67 | $1,501,566.18 |
| | | | Stevenson & Bullock Fees $(98,033.50) | 3210-000 | | | $1,501,566.18 |
| | | | Stevenson & Bullock Expenses $(788.17) | 3220-000 | | | $1,501,566.18 |
| 10/30/2019 | 3005 | Schafer and Weiner, PLLC | Interim Distribution of Claim P/O10/29/19 | 7100-000 | | $5,197.00 | $1,496,369.18 |
| 10/30/2019 | 3006 | Maher Restoration Inc. | Interim Distribution of Claim P/O10/29/19 | 7100-000 | | $37,765.75 | $1,458,603.43 |
| 10/30/2019 | 3007 | Office of the United States Trustee | Interim Distribution of Claim P/O10/29/19 | 2990-000 | | $54,270.00 | $1,404,333.43 |
| 10/30/2019 | 3008 | First State Bank | Interim Distribution of Claim P/O10/29/19 | 7100-000 | | $2,832.50 | $1,401,500.93 |
| 10/30/2019 | 3009 | Zousmer Law Group PLC IOLTA Account | Interim Distribution For Citizens Bank P/O 10/30/19 | 4110-000 | | $250,000.00 | $1,151,500.93 |
| 11/01/2019 | 3010 | Chris Felts | Payment Of Invoice #19121-CF for Transcript and Reporter Attendance Fee - For Jimmy Danou | 2990-000 | | $913.60 | $1,150,587.33 |
| 11/05/2019 | 3011 | Chris Felts | Payment of Invoice # 19123-CF - For Wendy Grimaldi-Grouix | 2990-000 | | $549.80 | $1,150,037.53 |
| 11/05/2019 | 3012 | Chris Felts | Payment of Invoice # 19125-CF - For Wendy Grimaldi-Grouix | 2990-000 | | $226.80 | $1,149,810.73 |
| 11/13/2019 | 3013 | Chris Felts | Payment Of Invoice #19127-CF for Transcript and Reporter Attendance Fee - For Dean Grouix | 2990-000 | | $589.90 | $1,149,220.83 |
| 11/19/2019 | 3014 | Frederick J. Dery | Interim Compensation P/O 11/19/19 | 2100-000 | | $25,000.00 | $1,124,220.83 |
| 11/25/2019 | 3015 | Chris Felts | Payment Of Invoice #19132-CF for Transcript and Reporter Attendance Fee - For Dean Grouix Part 2 | 2990-000 | | $599.80 | $1,123,621.03 |
| 12/30/2019 | 3016 | Modern Court Reporting and Video, LLC | Payment for 42-45 Pages Of Transcript | 2990-000 | | $185.00 | $1,123,436.03 |
| 01/08/2020 | 3017 | Insuarance Partners Agency, Inc. | Bond Premium Payment Invoice # 385999 | 2300-000 | | $492.77 | $1,122,943.26 |
| | | | | SUBTOTALS | $1,601,145.60 | $478,202.34 | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 19-42309-TJT | | Trustee Name: | Frederick J. Dery |
|---|---|---|---|---|
| Case Name: | EASTLAKE INVESTMENTS LLC | | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***5107 | | Checking Acct #: | ******0076 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 2/19/2019 | | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 2/4/2021 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/16/2020 | | Modern Court reporting | Refund of Modern Court Report Payment | 2990-000 | | ($15.00) | $1,122,958.26 |
| 02/10/2020 | 3018 | Lois Garrett | Invoice for Transcript of May 8, 2019 Proceedings | 2990-000 | | $318.75 | $1,122,639.51 |
| 02/10/2020 | 3019 | Lois Garrrett | Invoice For Transcript of August 28, 2019 Proceedings | 2990-000 | | $310.25 | $1,122,329.26 |
| 03/02/2020 | 3020 | Speckin Forensics, LLC | Payment of Expense For Witness Fees - Invoice # 20190206DEP | 2990-000 | | $1,500.00 | $1,120,829.26 |
| 03/11/2020 | 3021 | U.S. Legal Support | Payment of Invoice # 110362134 - Transcript of Brett Border | 2990-000 | | $390.28 | $1,120,438.98 |
| 03/11/2020 | 3022 | U.S. Legal Support | Payment of Invoice # 110362131 - Transcript of Jimmy Danou | 2990-000 | | $391.16 | $1,120,047.82 |
| 03/19/2020 | 3023 | Hanson/Renaissance Reporting & Video | Payment of Invoice # 651610 re: Johni Semma | 2990-000 | | $524.80 | $1,119,523.02 |
| 03/19/2020 | 3024 | Hanson/Renaissance Reporting & Video | Payment of Invoice #65149 re: Dean Groulx | 2990-000 | | $298.70 | $1,119,224.32 |
| 03/19/2020 | 3025 | Chris Felts | Payment of Invoice # 20025-CFre: David Sitto | 2990-000 | | $422.80 | $1,118,801.52 |
| 03/19/2020 | 3026 | Chris Felts | Payment of Invoice # 20028-CF re: Michael Sinke | 2990-000 | | $670.80 | $1,118,130.72 |
| 04/02/2020 | 3027 | US Legal Support | Payment of Invoice 110365887 Re: Bassam Kallabat | 2990-000 | | $303.57 | $1,117,827.15 |
| 04/06/2020 | 3028 | Stevenson & Bullock | Attorney For Trustee Fees & Expenses P/O 4/3/2020 | * | | $94,781.12 | $1,023,046.03 |
| | | | Stevenson & Bullock Fees $(94,490.00) | 3210-000 | | | $1,023,046.03 |
| | | | Stevenson & Bullock Expenses $(291.12) | 3220-000 | | | $1,023,046.03 |
| 05/07/2020 | 3029 | LESNEVICH & DETWILER | Consultant Fee & Expenses For Trustee P/O 5/6/20 | * | | $16,308.30 | $1,006,737.73 |
| | | | LESNEVICH & DETWILER Fee $(15,400.00) | 3731-000 | | | $1,006,737.73 |
| | | | LESNEVICH & DETWILER Expense $(908.30) | 3732-000 | | | $1,006,737.73 |
| 05/07/2020 | 3030 | Frederick J. Dery | Second Interim Compensation P/O 5/6/20 | 2100-000 | | $5,000.00 | $1,001,737.73 |
| 05/26/2020 | 3031 | Insurance Partners Agency, Inc. | Bond Premium Payment Invoice # 01 | 2300-000 | | $150.00 | $1,001,587.73 |
| 06/24/2020 | 3032 | Wolfson Bolton, PLC | Payment of Mediation Fees | 2990-000 | | $200.00 | $1,001,387.73 |
| 08/05/2020 | | Pinnacle Bank | Bank service fee for July | 2600-000 | | $1,440.35 | $999,947.38 |
| 08/27/2020 | 3033 | Scott Wolfson | Payment of Mediation Fees P/O 8/24/20 | 2990-000 | | $4,200.00 | $995,747.38 |
| 08/27/2020 | 3034 | Schafer and Weiner, PLLC | Payment of Interest P/O 8/24/20 | 7300-000 | | $186.26 | $995,561.12 |
| 08/27/2020 | 3035 | Citizens Bank, N.A. | Payment of Interest P/O 8/24/20 | 7300-000 | | $8,959.93 | $986,601.19 |
| 08/27/2020 | 3036 | First State Bank | Payment of Interest P/O 8/24/20 | 7100-000 | | $101.52 | $986,499.67 |
| 08/27/2020 | 3037 | Chapter 7 Trustee, Stuart A. Gold | Payment of Claim P/O 8/24/20 | 7200-000 | | $17,030.50 | $969,469.17 |
| | | | SUBTOTALS | | $0.00 | $153,474.09 | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 19-42309-TJT | | Trustee Name: | Frederick J. Dery |
|---|---|---|---|---|
| Case Name: | EASTLAKE INVESTMENTS LLC | | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***5107 | | Checking Acct #: | ******0076 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 2/19/2019 | | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 2/4/2021 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/27/2020 | 3038 | Gold Lange and Majoros PC IOLTA Account | Payment of Danou Claim P/O 8/24/20 | 2990-000 | | $200,000.00 | $769,469.17 |
| 08/27/2020 | 3039 | Frank & Frank PLLC IOLTA Account | Payment of Semma Claim P/O 8/24/20 | 7200-000 | | $400,000.00 | $369,469.17 |
| 08/31/2020 | | Pinnacle Bank | Service Charge | 2600-000 | | $1,400.10 | $368,069.07 |
| 09/23/2020 | 3040 | Stevenson & Bullock | Attorney For Trustee Fees & Expenses P/O 9/22/20 | * | | $87,479.20 | $280,589.87 |
| | | | Stevenson & Bullock Fees $(86,507.50) | 3210-000 | | | $280,589.87 |
| | | | Stevenson & Bullock Expenses $(971.70) | 3220-000 | | | $280,589.87 |
| 09/30/2020 | | Pinnacle Bank | Service Charge | 2600-000 | | $499.45 | $280,090.42 |
| 10/20/2020 | 3036 | STOP PAYMENT: First State Bank | Payment of Interest P/O 8/24/20 | 7100-004 | | ($101.52) | $280,191.94 |
| 10/22/2020 | 3041 | First State Bank | Payment Of Interest P/O 8/24/20 - Replaces Check # 3036 P/O 10/20/20 | 7990-000 | | $101.52 | $280,090.42 |
| 10/22/2020 | 3041 | VOID: First State Bank | | 7990-003 | | ($101.52) | $280,191.94 |
| 10/22/2020 | 3042 | O'Reilly Rancilio P.C. IOLTA Account | Payment of Interest P/O 8/24/20- Replaces Check # 3036 P/O 10/20/20 | 7300-000 | | $101.52 | $280,090.42 |
| 10/30/2020 | | Pinnacle Bank | Service Charge | 2600-000 | | $416.43 | $279,673.99 |
| 12/03/2020 | 3043 | Insurance Partners Agency, Inc. | Bond Premium Payment | 2300-000 | | $77.99 | $279,596.00 |
| 12/03/2020 | 3043 | VOID: Insurance Partners Agency, Inc. | | 2300-003 | | ($77.99) | $279,673.99 |
| 12/16/2020 | 3044 | Frederick J. Dery | Trustee Compensation Trustee Fees Expenses P/O 12/15/20 | * | | $41,298.37 | $238,375.62 |
| | | | Claim Amount $(41,284.37) | 2100-000 | | | $238,375.62 |
| | | | Claim Amount $(14.00) | 2200-000 | | | $238,375.62 |
| 12/16/2020 | 3045 | Lesnevich & Detwiler | Attorney For Trustee Fees P/O 9/22/20 | 3731-000 | | $1,600.00 | $236,775.62 |
| 12/16/2020 | 3046 | Riley, Welch, LaPorte & Associates Forensic | Attorney For Trustee Fees P/O 10/5/20 | 3731-000 | | $5,250.00 | $231,525.62 |
| 12/16/2020 | 3047 | U.S. Bankruptcy Court | Account Number: ; Claim #: ; Notes: ; | 2700-000 | | $350.00 | $231,175.62 |
| 12/16/2020 | 3048 | Frank & Frank, PLLC IOLTA Account | Payment of Claim #: 9; Notes: (9-1) Claim of Interest in Debtor; P/O 8/24/20 | 7200-000 | | $231,175.62 | $0.00 |
| | | | | SUBTOTALS | $0.00 | $969,469.17 | |

Page No: 4

Exhibit 9

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 19-42309-TJT | | Trustee Name: | Frederick J. Dery |
|---|---|---|---|---|
| Case Name: | EASTLAKE INVESTMENTS LLC | | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***5107 | | Checking Acct #: | ******0076 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 2/19/2019 | | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 2/4/2021 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | TOTALS: | | $1,601,145.60 | $1,601,145.60 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $1,601,145.60 | $1,601,145.60 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $1,601,145.60 | $1,601,145.60 | |

**For the period of 2/19/2019 to 2/4/2021**

| | |
|---|---|
| Total Compensable Receipts: | $1,601,145.60 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,601,145.60 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $1,601,145.60 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,601,145.60 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 05/09/2019 to 2/4/2021**

| | |
|---|---|
| Total Compensable Receipts: | $1,601,145.60 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,601,145.60 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $1,601,145.60 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,601,145.60 |
| Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** | 19-42309-TJT | **Trustee Name:** Frederick J. Dery |
| **Case Name:** | EASTLAKE INVESTMENTS LLC | **Bank Name:** Pinnacle Bank |
| **Primary Taxpayer ID #:** | **-***5107 | **Checking Acct #:** ******0076 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** |
| **For Period Beginning:** | 2/19/2019 | **Blanket bond (per case limit):** $2,000,000.00 |
| **For Period Ending:** | 2/4/2021 | **Separate bond (if applicable):** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $1,601,145.60 | $1,601,145.60 | $0.00 |

| **For the period of 2/19/2019 to 2/4/2021** | | **For the entire history of the case between 05/08/2019 to 2/4/2021** | |
|---|---|---|---|
| Total Compensable Receipts: | $1,601,145.60 | Total Compensable Receipts: | $1,601,145.60 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,601,145.60 | Total Comp/Non Comp Receipts: | $1,601,145.60 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $1,601,145.60 | Total Compensable Disbursements: | $1,601,145.60 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,601,145.60 | Total Comp/Non Comp Disbursements: | $1,601,145.60 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ FREDERICK J. DERY

FREDERICK J. DERY